In the Matter of the Claim of JOHN CASEY, Respondent, against JOHN HOWARD, Doing Business as BARCLAY WELDING CO., WILLIAM J. HERBERT and GLEN B. WATTS, Respondents, and NEW AMSTERDAM CASUALTY COMPANY, Alleged Insurance Carrier, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal raised the question of coverage. Claimant, an employee of John Howard, was injured while his employer was engaged, pursuant to a subcontract with the general contractors, in fitting a pipe into a hot-water house-heating boiler. The subcontractor carried no workmen's compensation insurance. The general contractors' compensation policy covered " plumbing — gas, steam, hot water or other pipe fitting," etc. The policy also had attached a rider carrying into the contract the provisions of section 56 of the Workmen's Compensation Law, as to the liability of the general contractor, whose contract includes a hazardous employment, for injuries of the employees of a subcontractor. (See *Matter of Passarelli* v. *Columbia E. & C. Co.*, 270 N. Y. 68.) The carrier of the general contractor is liable for the award. Award unanimously affirmed, with costs to

the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.